IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ESTATE OF MYRIAH PERONTO,
SHANNON KASTRATI,
DAVID HAUPT, STATE OF
WISCONSIN DEPARTMENT OF
HEALTH AND FAMILY SERVICES,
and COUNTY OF WINNEBAGO,

                                  ORDER

            Plaintiffs,

     v.

RANDY KERSWILL, M.D.,                       09-cv-108-bbc
CLAUDETTE AMUNDSON,
MALISSA BLOCHWITZ,
MYRON DIMMETT,
KATHERINE DOORNINK,
WILLIAM HILL, REBECKA HUGGINS,
ROBERT KNEEPKENS, DORRIE ROHM,
MARY SOWINSKI, JANICE SWANEK,
JENNIFER WOLDT, JOHN DOE 1-50,
JANE DOE 1-50, KAREN TIMBERLAKE
ABC 1-5 INSURANCE COMPANIES,
STATE OF WISCONSIN DEPARTMENT
OF HEALTH AND FAMILY SERVICES,
DEF 1-5 INSURANCE COMPANIES,
STATE OF WISCONSIN, GHI 1-5
INSURANCE COMPANIES and
JKL 1-5 INSURANCE COMPANIES,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case 2:09-cv-00305-RTR   Filed 03/11/09   Page 1 of 2   Document 9

All of the defendants other than the unidentified insurance companies have moved for a change of venue to the Eastern District of Wisconsin. Plaintiffs have advised the court that they do not oppose the motion. Accordingly, IT IS ORDERED that this case is transferred to the Eastern District of Wisconsin for all further proceedings. The preliminary pretrial conference scheduled for March 20, 2009, at 8:30 a.m. before Magistrate Judge Stephen L. Crocker is canceled in light of the transfer of the case.

Entered this 11th day of March, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2